Walter E. Parfitt, Respondent, Appellant, v. The City of New York, Appellant, Respondent.— Judgment reversed and new trial granted, costs to abide the event, unless within ten days from the entry of the order herein plaintiff stipulate to reduce the verdict to $9,400, in which event the judgment reduced to $9,400, with $61.50 costs, but without interest, is affirmed, without costs to either party on this appeal. The order of April 29, 1915, is also affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

Abraham Phillips, Respondent, v. Lena Phillips, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Mills, JJ., concurred; Carr, J., not voting.

The People of the State of New York, Respondent, v. Max Glaser, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

The People of the State of New York, Respondent, v. John M. Wellbrock, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Carr, J., not voting.

The People of the State of New York ex rel. Nicholas Carlough, Respondent, v. William W. Farley, as State Commissioner of Excise of the State of New York, and Another, Appellants.— Order reversed, and writ of certiorari dismissed, without costs, on the authority of *People ex rel. Carlough* v. *Farley,* decided in this court December 3, 1915 (172 App. Div. 889). Jenks, P. J., Thomas, Stapleton and Mills, JJ., concurred; Carr, J., not voting. ·

John B. Reimer, Appellant, v. Pasquale Carupella, Respondent.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.